**Electronically Filed
Supreme Court
SCPW-25-0000482
29-JUL-2025
09:36 AM
Dkt. 8 ODDP**

SCPW-25-0000482

IN THE SUPREME COURT OF THE STATE OF HAWAI'I
_____

DAVID S. BROWN and ALESHA CHERIE BROWN, Petitioners,

vs.

THE HONORABLE KEVIN T. MORIKONE,
Judge of the Circuit Court of the First Circuit,
State of Hawai'i; and
THE HONORABLE JOHN H. TONAKI,
Judge of the Circuit Court of the First Circuit,
State of Hawai'i, Respondent Judges,

and

ONE WEST BANK, FSB; FEDERAL NATIONAL MORTGAGE ASSOCIATION;
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., Respondents.
_____

ORIGINAL PROCEEDING
(CASE NO. 1CC111000941)

<u>ORDER DENYING PETITION</u>
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of the petition for writ of mandamus and/or prohibition, filed June 27, 2025, and the record, Petitioners have not demonstrated a clear and indisputable right to relief nor a lack of alternative means to seek relief. <u>See</u>

Womble Bond Dickinson (US) LLP v. Kim, 153 Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023).

It is ordered that the petition is denied.

DATED:  Honolulu, Hawaiʻi, July 29, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

